527 A.2d 1008

**Roland L. KELLER, Individually and as Administrator of the Estate of Dorothy M. Mondell, Deceased, Appellee,**

**v.**

**J. Richard WIDMAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1986.

Decided July 9, 1987.

Robert A. Seiferth, Williamsport, for appellant.

Peter T. Campana, Williamsport, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.